UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:21-cv-00754 ) ) *Judge Eli J. Richardson* |
| DONALD J. YARBOROUGH, and LORI LYNN YARBOROUGH, | ) *Magistrate Judge Alistair Newbern* ) ) |
| Defendants. | ) ） |

## ORDER

The Southern Electrical Retirement Fund ("SERF") brought this interpleader and declaratory action against Donald J. Yarborough and Lori Lynn Yarborough for a judicial determination of their possible entitlement to the pre-retirement death benefit of Donald C. Yarborough. Donald J. Yarborough and Lori Lynn Yarborough have settled their claims for the pre-retirement death benefit so that two-thirds (2/3) of the pre-retirement death benefit is payable to Donald J. Yarborough, and one-third (1/3) of the pre-retirement death benefit is paid to Lori Lynn Yarborough.

Accordingly, the Court finds and declares that the pre-retirement death benefit of Donald C. Yarborough is payable, two-thirds (2/3) to Donald J. Yarborough and one-third (1/3) to Lori Lynn Yarborough. The Southern Electrical Retirement Fund is awarded its attorney fees and costs.

The Motion for Entry of Default (Doc. No. 12) is **DENIED** as moot. This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58 and the Clerk is directed to close the file.

It is so ORDERED.

*Eli Richardson*
HONORABLE ELI J. RICHARDSON